# IN THE SUPREME COURT OF PENNSYLVANIA
# WESTERN DISTRICT

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION , AS TRUSTEE FOR MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE ASSET-BACKED CERTIFICATES, SERIES 2007-4. | : : : : : | No. 314 WAL 2019 |
| | : : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : : | |
| v. | : : : | |
| | : | |
| UNKNOWN HEIRS, SUCCESSORS, ASSIGNS AND ALL PERSONS, FIRMS OR ASSOCIATIONS CLAIMING RIGHT, TITLE OR INTEREST FROM OR UNDER SANDRA STRADER, DECEASED AND VANCE STRADER, KNOWN HEIR OF SANDRA STRADER, DECEASED AND SONYA STRADER-CHERRY, KNOWN HEIR OF SANDRA STRADER, DECEASED | : : : : : : : : : : : | |
| | : : | |
| PETITION OF: VANCE STRADER | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 19th day of February, 2020, the Petition for Allowance of Appeal is **DENIED**.